IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2761-AP

GERALD L. ROMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL

**For Plaintiff**: Jay K. Barnes
Attorney for Plaintiff
Law Office of Jay Barnes
1079 E. Riverside Dr. Ste. 203
St. George, UT 84790
*jay.barnes@jaybarneslaw.com*

**For Defendant**: Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
*jessica.milano@ssa.gov*

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.    **Date Complaint Was Filed:** October 17, 2012

      B.    **Date Complaint Was Served on U.S. Attorney's Office:** October 23, 2012

      C.    **Date Answer and Administrative Record Were Filed:** December 20, 2012

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states**: Although Plaintiff's counsel will thoroughly review the Record, the adequacy and completeness of the Administrative Record cannot be ascertained until after the Plaintiff's final opening brief is drafted and filed.

    **Defendant states:** Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states**: See paragraph 4 above.

    **Defendant states:** Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states**: This case involves no unusual claims.

    **Defendant states:** Defendant, to the best of his knowledge, states that this case does not raise any unusual claims or defenses.

**7. OTHER MATTERS**

   **Plaintiff states:**  The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

   **Defendant states:**  Defendant has no other matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:** February 15, 2013

   B.   **Defendant's Reply Brief (If Any):** March 17, 2013

   C.   **Plaintiff's Reply Brief (If Any):** March 31, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**  Oral Argument is not requested.

   B.   **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   A.   ( X )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   (   )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 9<u>th</u> day of <u>January</u>, 2013.

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

                                                    JOHN F. WALSH
                                                    United States Attorney

                                                    J. BENEDICT GARCÌA
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    District of Colorado

| */s/ Jay K. Barnes* | */s/ Jessica Milano* |
|---|---|
| Jay K. Barnes | Jessica Milano |
| 1079 E. Riverside Dr. Ste. 202 | Special Assistant U.S. Attorney |
| St. George, UT  84790 | 1001 17th Street |
| Telephone: 801-318-8420 | Denver, CO 80202 |
| *jay.barnes@jaybarneslaw.com* | (303) 844-7136 |
|  | (303) 844-0770 (fax) |
| Attorney for Plaintiff | *jessica.milano@ssa.gov* |
|  | Attorneys for Defendant |