**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02761-CMA

GERALD L. ROMAN,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## ORDER REGARDING STIPULATION AS TO EAJA FEES

---

     Upon consideration of the parties' Joint Stipulation for EAJA Fees (Doc. # 19) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.*, it is hereby ORDERED that

     1.    Defendant will pay Plaintiff a total of $4,600.00 in EAJA fees.  This amount is payable to Plaintiff, not directly to his counsel.[1]  Payment will be sent to the office of Plaintiff's attorney: Jay K. Barnes, Esq.; Law Office of Jay Barnes; 1079 E. Riverside Dr., Ste. 203; St. George, UT 84790.

---

[1]  However, Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but can do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

2.      Defendant's payment of this amount bars any and all claims Plaintiff may

have relating to EAJA fees and expenses in connection with this action.

3.      Defendant's payment of this amount is without prejudice to Plaintiff's right

to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C.

§ 406(b), subject to the offset provisions of the EAJA.

4.      This Order will not be used as precedent in any future cases.

DATED:  September   23  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2